```
             UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Carlos Francisco Alvarez Rodriguez

   v.                                                                Case No. 23-cv-40-LM

FCI Berlin, Warden

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 12, 2023. For the reasons explained therein, the Warden's motion to dismiss (Doc. No. 7) is granted, and the petition (Doc. No. 1) is dismissed as moot.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close the case.

                                                                   _____
                                                                   Landya B. McCafferty
                                                                   Chief Judge

Date: July 12, 2023

cc:    Carlos Francisco Alvarez Rodriguez, pro se
       Counsel of Record